IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.



CRIMINAL NO. 3:16cr11WHB-LRA

ROBERT LEE JIM and
JACKIE DEVON STOKES, JR.

18 U.S.C. § 113(a)(3)
18 U.S.C. § 113(a)(6)

**The Grand Jury charges:**

## COUNT 1

That on or about April 6, 2011, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendants, **ROBERT LEE JIM and JACKIE DEVON STOKES, JR.**, both being Choctaw Indians, aided and abetted by each other, did assault another Choctaw Indian, E.J., with a dangerous weapon to wit: a pipe, by inserting the pipe into the rectum of the victim E.J., and did so with the intent to do bodily harm to E.J., all in violation of Sections 1153, 2 and 113(a)(3), Title 18, United States Code.

## COUNT 2

That on or about April 6, 2011, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community

of the Choctaw Indian Reservations in the Indian Country, the defendants, **ROBERT LEE JIM and JACKIE DEVON STOKES, JR.**, both being Choctaw Indians, aided and abetted by each other, did assault another Choctaw Indian, E.J., which resulted in serious bodily injury to E.J., all in violation of Sections 1153, 2 and 113(a)(6), Title 18, United States Code.

GREGORY DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___10th___ day of March, 2016.

UNITED STATES MAGISTRATE JUDGE